JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| AMERIS BANK,<br><br>Plaintiff,<br><br>v.<br><br>GRANDVIEW ENTERPRISES, INC.,<br><br>Defendant. | Case No. 8:26-cv-01416-DFM<br><br>JUDGMENT |

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment (Dkt. 13) and Federal Rule of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter in favor of Plaintiff and against Defendant in the total amount of **$104,132.80**; which is a sum of the following:
   a. Compensatory damages in the amount owed of $94,404.45;
   b. Prejudgment interest in the amount of $3,697.98;
   c. Attorneys' fees in the amount of $5,376.17; and
   d. Costs in the amount of $654.20

2. The Clerk is ordered to enter this Judgment forthwith.

Date: August 31, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge